UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOYD ANTHONY THORNE,

Plaintiff,

-against-

LUIS DELGADO, POLICE OFFICER; VALSAMAKIS METAXAS, POLICE OFFICER; (JACKSON) SETO, POLICE OFFICER; PRECINCT #19 MUNICIPAL BUILDING,

Defendants.

25-CV-7335 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

In an Order dated August 25, 2026, the Court issued an order requesting that Defendants the City of New York and 19th Precinct Police Officers Luis Delgado, Valsamakis Metaxas, and Jackson Seto waive service of summons. Defendants were directed, however, not to file an answer or other responsive pleading until the Court directed them to do so, as Plaintiff had not yet provided his current address.

On October 5, 2026, Plaintiff filed a notice with his updated address. Accordingly, Defendants are directed to respond to the Complaint within 30 days of this Order.

**CONCLUSION**

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order.

The Clerk of Court is further directed to mail a copy of this order to the *pro se* Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates

good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: October 13, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge